# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Cipriano Martinez<br>*Plaintiff(s)*<br>v.<br>Utilimap Corp.<br>*Defendant(s)* | )<br>)<br>) Case Number:  14-cv-310-JPG-DGW<br>)<br>) |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER:         DOCUMENT TITLE:

Doc 2 – Complaint

Doc 3 – Motion to Certify Class

One of the following errors/deficiencies has been identified in the document listed above:

☒     Civil Cover Sheet was not filed as an attachment to the Complaint (Doc. 2) as instructed in the Notice filed at Doc. 1.

☒     Proposed order was attached to Doc. 3.   Proposed documents are not to be filed, but rather submitted via e-mail to the Court (see CM/ECF User's Manual at pgs. 2.6-2.7)

### ACTION REQUIRED BY FILER

☒     Civil Cover Sheet is to be electronically filed with the Court selecting the following heading/event:

**Civil / Other Documents / Exhibit**

Exhibit should be linked to Complaint at Doc. 2.

☒     Proposed Order to Doc. 3 should be e-mailed to proper judge as instructed above.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Deana Brinkley*

DATE: 3/10/14                        Deana Brinkley, Deputy Clerk