# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CIPRIANO MARTINEZ and PATRICIO DONES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>UTILIMAP CORP.,<br><br>    Defendant. | Case No. 3:14-CV-310-JPG-DGW |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO CONFIRM (DOC. 69)

On August 22, 2016, the Ninth Circuit agreed with the Seventh Circuit's holding in *Lewis v. Epic Sys. Corp.*, 823 F.3d 1147, 1155 (7th Cir. 2016) that clauses in arbitration agreements that require employees to bring their claims in "separate proceedings" are unlawful because they interfere with the "substantive federal right protected by the [Section 7 of the National Labor Relations Act]." *Morris v. Ernst & Young, LLP*, --- F.3d ---, No. 13-16599, 2016 WL 4433080, at *11 (9th Cir. Aug. 22, 2016).

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By:    /s/ David I. Moulton
   _____
   David I. Moulton
   Texas Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
dmoulton@brucknerburch.com

## CERTIFICATE OF SERVICE

A copy of this document was served on all parties via the Court's ECF system.

**/s/ David I. Moulton**
David I. Moulton