UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CIPRIANO MARTINEZ and PATRICIO DONES, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

UTILIMAP CORP.,

    Defendant.

Case No. 3:14-CV-310-JPG-DGW

## JUDGMENT

This matter having come before the Court, and the Court having granted the parties' joint motion to confirm the final arbitration award,

IT IS HEREBY ORDERED AND ADJUDGED that Arbitrator Jeffrey L. Taren's Final Award Granting Final Approval of Class Action Settlement and Attorney's Fees, dated October 24, 2018, is confirmed.

**MARGARET M. ROBERTIE, Clerk of Court**

**Dated: December 14, 2018**　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**